UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RODNEY CANADA | No. 3:24cr116(MPS) |

ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS

Having reviewed (1) the Findings and Recommendations (ECF No. 228), (2) the *Pimentel* Letter (ECF No. 226) indicating that there is no plea agreement, and (3) the transcript of the change-of-plea proceedings, I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made, and that there is a factual basis for the plea. I therefore accept and adopt the recommendation that the defendant's plea of guilty be accepted. Accordingly, a finding of guilty shall enter forthwith.

IT IS SO ORDERED.

_____/s/_____
Michael P. Shea, U.S.D.J.

Dated:    Hartford, Connecticut
          April 7, 2025